**QUARLES & BRADY LLP**
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
Gregory P. Sitrick (*pro hac pending*)
gregory.sitrick@quarles.com
Wendy K. Akbar (*pro hac pending*)
wendy.akbar@quarles.com

**LUCE FORWARD HAMILTON & SCRIPPS LLP**
121 Spear Street, Suite 200
San Francisco, CA 94105
Jeffrey L. Fillerup (CA Bar No. 120543)
jfillerup@luce.com

600 West Broadway, Ste. 2600
San Diego, Ca 92101
Callie Bjurstrom (CA Bar No. 137816)
cbjurstrom@luce.com

*Attorneys for Plaintiff Cabela's, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CABELA'S, INC.<br>Plaintiff,<br>vs.<br>KELORA SYSTEMS, LLC,<br>Defendant. | Case No. C11-01398<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

NONE.

By _/s/ Callie A. Bjurstrom_

**QUARLES & BRADY LLP**

Gregory P. Sitrick
Wendy K. Akbar
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391

**LUCE FORWARD HAMILTON & SCRIPPS LLP**

Jeffrey L. Fillerup
121 Spear Street, Suite 200
San Francisco, CA 94105

Callie Bjurstrom
600 West Broadway, Ste. 2600
San Diego, Ca 92101

*Attorneys for Plaintiff*